AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

KENNETH D. PEKAROFSKI,

        Plaintiff

V.

PSE&G

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-1466(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *Plaintiff fails to set forth a claim upon which relief may be granted*

☒ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _18th_ day of _March_, 2011

Signature of Judicial Officer

Name and title of Judicial Officer